Case MDL No. 771   Document 2   Filed 06/12/15   Page 1 of 3

DOCKET NO. 771

JUDICIAL PANEL (
MULTIDISTRICT LITIG/
FILED
AUG 16 1988
PATRICIA D. HOW,
CLERK OF THE PA

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH NEAR TEXARKANA, TEXAS, ON APRIL 4, 1986

TRANSFER ORDER

    This litigation presently consists of six actions listed on the attached Schedule A and pending in two federal districts as follows: five actions in the District of New Jersey and one action in the Northern District of Texas.[1]/ Before the Panel are motions by plaintiff in one of the New Jersey actions and by defendant United States of America to centralize this litigation in the Distict of New Jersey. Plaintiffs in the Texas action do not oppose centralization, but they support selection of the Northern District of Texas, rather than the District of New Jersey, as transferee forum.

    On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Northern District of Texas will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The actions share factual questions concerning the cause or causes of the crash of a corporate jet on April 4, 1986, in the vicinity of Texarkana, Texas, in which all seven persons on board perished. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

    We are persuaded that the Northern District of Texas is the appropriate transferee forum for this docket. We note that 1) the flight originated in that district; 2) the alleged negligence of the defendant United States occurred at air traffic control facilities

---

[1]/ The original motion before the Panel pertained to only the five New Jersey actions. At the time of that motion, one of the New Jersey actions was pending in the Eastern District of Virginia. That action Elizabeth E. Chen v. United States of America, was transferred to the District of New Jersey pursuant to 28 U.S.C. §1402 on July 26, 1988. A cross-motion added two Northern District of Texas actions. One of these two Texas actions, however, Janet Isbell, et al. v. United States of America, N.D. Texas, C.A. No. 3-88-0429 R, had already been consolidated with the other Texas action and dismissed. Subsequently another related Northern District of Texas action, Federal Insurance Company, et al. v. United States of America, N.D. Texas, C.A. No. 3-88-1446 R, was brought to the Panel's attention. That action, too, has since been consolidated with the original Texas action and dismissed.

located in that district; and 3) the investigation of the crash was conducted through the National Transportation Safety Board office in Fort Worth, Texas (located within the Northern District of Texas).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the District of New Jersey be, and the same hereby are, transferred to the Northern District of Texas and, with the consent of that court, assigned to the Honorable Jerry Buchmeyer for coordinated or consolidated pretrial proceedings with the action listed on Schedule A and pending in that district.

                      FOR THE PANEL:

                      *Andrew A. Caffrey*
                      Andrew A. Caffrey
                      Chairman

SCEDULE A

<u>MDL-771 -- In re Air Crash Near Texarkana, Texas, on April 4, 1986</u>

<u>District of New Jersey</u>

<u>William Pasechnick v. United States of America</u>,
C.A. No. 88-1561
<u>Mary Ann Imfeld v. United States of America</u>,
C.A. No. 88-CIV-769
<u>Jerilyn McBride v. United States of America</u>,
C.A. No. 88-1874
<u>Mary E. Schmitt v. United States of America</u>,
C.A. No. 88-1873
<u>Elizabeth E. Chen v. United States of America</u>,
C.A. No. 88-3443

<u>Northern District of Texas</u>

<u>Virginia Hetland, et al. v. United States of America</u>,
C.A. No. 3-88-0282-R